| | |
|---|---|
| 1 | LAW OFFICES OF THOMAS W. FALVEY |
| 2 | Thomas W. Falvey, SBN 65744<br>thomaswfalvey@gmail.com |
| 3 | J.D. Henderson, SBN 235767<br>hendersonj2004@gmail.com |
| 4 | 301 North Lake Avenue, Suite 800<br>Pasadena, California  91101 |
| 5 | Telephone:  (626) 795-0205<br>Facsimile: (626) 795-3026 |
| 6 | ALEXANDER KRAKOW + GLICK LLP |
| 7 | Marvin E. Krakow, SBN 81228<br>mkrakow@akgllp.com |
| 8 | Michael S. Morrison, SBN 205320<br>mmorrison@akgllp.com |
| 9 | 401 Wilshire Boulevard, Suite 1000<br>Santa Monica, California 90401 |
| 10 | Telephone: (310) 394-0888<br>Facsimile: (310) 394-0811 |
| 11 | Attorneys for Plaintiff ROBERT MENDEZ, individually |
| 12 | on behalf of all others similarly situated, and the general public |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT MENDEZ, an individual, on behalf of all others similarly situated and the general public, | ) ) ) ) | Case No: C 11-02478 CW |
| | ) | [CLASS ACTION] |
| Plaintiff, | ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | ) ) | |
| R+L CARRIERS, INC., a Corporation, R+L CARRIERS SHARED SERVICES, LLC, a Corporation,  and DOES 1 through 10, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

☐        Private ADR (mediation with Steven Serratore of Serratore Law Mediation Services)

0

JOINT STIPULATION AND [PROPOSED] ORDER RE ADR - C 11-02478 CW-SI

1   The parties agree to hold the ADR session by December 1, 2011.

3   Dated:  November 1, 2011          LAW OFFICES OF THOMAS W. FALVEY

4                                     ALEXANDER KRAKOW + GLICK LLP

6                                     By: _____/s/_____
7                                         J.D. Henderson
                                          Attorneys for Plaintiff

10  Dated: November 1, 2011           WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

13                                    By: _____/s/_____
                                          Diana M. Estrada
                                          Attorneys for Defendant R+L Carriers, Inc.
14                                        and R+L Carriers Shared Services, LLC

16                          **[PROPOSED] ORDER**

17      Pursuant to the Stipulation above, the captioned matter is hereby referred to

18      ☒    Private ADR (Mediation).

20      Deadline for ADR session

21      ☐    90 days from the date of this order.

22      ☒    other  December 1, 2011

24  IT IS SO ORDERED.

25  Dated: ____November 2____, 2011          /s/ Claudia Wilken
                                             _____
26                                           UNITED STATES DISTRICT JUDGE

---

1

JOINT STIPULATION AND [PROPOSED] ORDER RE ADR - C 11-02478 CW-SI