IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MENDEZ, an individual;
RANDY J. MARTINEZ, an individual;
ANTHONY A. HARANG, an individual;
KEVIN JOHNSON, SR. an individual
and on behalf of all others
similarly situated and the
general public,

    Plaintiffs,

  v.

R+L CARRIERS INC., a Corporation;
R+L CARRIERS SHARED, LLC, a
Corporation, and DOES 1-10,

    Defendants.
_____/

No. C 11-02478 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel the further questioning of Plaintiffs Randy J. Martinez and Robert Mendez, and for an order directing counsel to refrain from asserting improper objections and instructions not to answer, the motion for sanctions, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, April 12, 2012, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 3/8/2012

                      CLAUDIA WILKEN
                      United States District Judge

cc: MagRef