IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MENDEZ, an individual;
RANDY J. MARTINEZ, an individual;　　　No. C 11-02478 CW
ANTHONY A. HARANG, an individual;
KEVIN JOHNSON, SR. an individual　　　ORDER OF
and on behalf of all others　　　REFERENCE TO
similarly situated and the　　　MAGISTRATE JUDGE
general public,

    Plaintiffs,

  v.

R+L CARRIERS INC., a Corporation;
R+L CARRIERS SHARED, LLC, a
Corporation, and DOES 1-10,

    Defendants.
_____/

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel the further questioning of Plaintiffs Randy J. Martinez and Robert Mendez, and for an order directing counsel to refrain from asserting improper objections and instructions not to answer, the motion for sanctions, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, April 12, 2012, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 3/8/2012

                              CLAUDIA WILKEN
                              United States District Judge

cc: MagRef