UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROBERT MENDEZ, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>R+L CARRIERS, Inc., a Corporation, R&L CARRIERS SHARED SERVICES, LLC, a Corporation, and DOES 1-10,<br><br>    Defendants. | Case No. CV 11-02478 CW<br><br>**TEMPORARY RESTRAINING ORDER** |

TO R+L CARRIERS, INC. AND R&L CARRIERS SHARED SERVICES, LLC, AND ITS ATTORNEYS OF RECORD:

Based upon the Application for Order to Show Cause and Temporary Restraining Order, the Memorandum of Points and Authorities, the declaration of Michael Morrison, and attached exhibits, the Declarations in Support of Order to Show Cause and Temporary Restraining Order, and all other pleadings and documents which comprise the record in this case, pending the Court's decision on the application for a Temporary Restraining Order, you and your employees, agents, and persons acting on your behalf, are enjoined from:

(1)    any precertification communications with any putative class members regarding the instant lawsuit, unless pre-approved by the Court;

(2)    obtaining any declarations from any putative class members in this action, unless pre-approved by the Court.

**IT IS FURTHER ORDERED THAT**:

Defendant's motion for time to oppose the application is granted.  Any opposition to the application for a Temporary Restraining Order shall be filed no

later than March 26, 2012.  Any reply papers shall be filed no later than March 28, 2012.  In the alternative, the parties may stipulate to an alternative briefing schedule on all pending motions.

IT IS SO ORDERED.

Dated: __3/23/2012_____          _____
                                                            Hon. Claudia Wilken