IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MENDEZ,

    Plaintiff,

  v.

R+L CARRIERS INC, a Corporation;
R&L CARRIERS SHARED SERVICE, LLC,
a Corporation,

    Defendants.
_____/

No. C 11-02478 CW

SCHEDULING ORDER

    Defendant's motion for partial summary judgment is denied without prejudice to refiling when allowed by the Court. The deadline for filing the motion for class certification is vacated. The matter will shortly be set for hearing on Plaintiffs' motion for a Temporary Restraining Order.

Dated: 3/29/2012

                            CLAUDIA WILKEN
                            United States District Judge