1   David S. Eisen (SBN 100623)
    Diana M. Estrada (SBN 212702)
2   Shirley Shu (SBN 231407)
    Jennifer M. Millier (SBN 253814)
3   **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN & DICKER LLP**
4   555 Flower Street, Suite 2900
    Los Angeles, California 90071-2407
5   Telephone:      (213) 443-5100
    Facsimile:      (213) 443-5101
6   Email:          david.eisen@wilsonelser.com
                    diana.estrada@wilsonelser.com
7                   shirley.shu@wilsonelser.com
                    jennifer.millier@wilsonelser.com
8
    **Attorneys for** Defendant R+L Carriers, Inc. and
9   R+L Carriers Shared Services, LLC

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14

15  ROBERT MENDEZ, an individual, RANDY J. )   Case No.:          CV 11-02478-CW
    MARTINEZ, an individual, ANTHONY A.      )
16  HARANG, an individual, KEVIN JOHNSON,    )   **STIPULATION AND [PROPOSED]**
    SR., an individual on behalf of all others )   **ORDER RE BRIEFING SCHEDULE**
17  similarly situated and the general public, )
                                             )
18                                           )
                                             )
19                Plaintiffs,                )
                                             )
20  v.                                       )
                                             )
21  R+L CARRIERS, INC.,                      )
    a Corporation, R+L CARRIERS SHARED       )
22  SERVICES, LLC, a Corporation, and DOES 1- )
    10,                                      )
23                                           )
                                             )
24                Defendants.                )
                                             )

25

26      It is hereby stipulated by and between Defendants R+L Carriers, Inc. and R+L Carriers

27  Shared Services, LLC (hereinafter "Shared Services") and Plaintiffs Robert Mendez, Randy J.

28
                                            1
    864500.2

1    Martinez, Anthony A. Harang, and Kevin Johnson, Sr. (hereinafter "Plaintiffs"), (jointly referred

2    to as the "Parties") by and through their attorneys of record as follows:

3        WHEREAS, on April 5, 2012, Magistrate Judge Corley ordered the Parties to meet and

4    confer regarding: (1) communications with and the use of declarations obtained from putative

5    class members prior to March 23, 2012; and (2) a briefing schedule for Plaintiffs' Motion for

6    Class Certification and Defendants' Motion for Summary Judgment/Partial Summary Judgment;

7        WHEREAS the Parties were ordered to submit a stipulation to the court by Monday, April

8    16, 2012, regarding their compromise concerning contacts with putative class members and the

9    use of declarations obtained from putative class members as well as the Parties' proposed briefing

10   schedule for Plaintiffs' Motion for Class Certification and Defendants' Motion for Summary

11   Judgment/Partial Summary Judgment;

12       WHEREAS Shared Services and its counsel deny any wrongdoing in communicating with

13   and obtaining declarations from putative class members and hereby enter into this stipulation

14   solely as a good faith compromise at the behest of this court;

15       The Parties stipulate that a curative letter be sent to all putative class members and are

16   currently seeking the assistance of Magistrate Judge Corley to assist in resolving the terms of this

17   curative letter.  The Parties have scheduled a call with Magistrate Judge Corley to take place on

18   April 23, 2012 at 2:00 p.m.  In the event that the Parties are unable to come to an agreement as to

19   terms, the Parties anticipate seeking the further assistance of the Court;

20       The Parties agree and stipulate that the curative letter will be sent out to the putative class

21   members by way of U.S. regular mail as soon as the terms of the curative letter are finalized;

22       The Parties agree and stipulate that communications with putative class members, to the

23   extent agreed to under this stipulation, may commence on May 4, 2012, provided the dispute

24   surrounding the curative letter is resolved and the mailing of the curative letter to all class

25   members has been completed.  If the dispute concerning the curative letter has not been resolved

26   and/or the mailing of the curative letter has not taken place by May 4, 2012, communications will

27   only commence  after the dispute concerning the curative letter is resolved and seven (7) days has

28   lapsed since the mailing of the curative letter;

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

864500.2

1    The Parties agree and stipulate that this Court's March 23, 2012, order temporarily

2  enjoining Shared Services' communications with the putative class members be lifted subject to

3  the conditions set forth in the above paragraph, such that all precertification communications by

4  Shared Services may resume except as to the approximately 49 putative class members whose

5  declarations were obtained by Shared Services management but not by Shared Services counsel,

6  Wilson, Elser, Moskowitz, Edelman & Dicker, LLP (the "Subset");

7    The Parties agree and stipulate that Plaintiffs' counsel may communicate with any

8  individual in the Subset, and counsel for Shared Services may only communicate with those

9  individuals in the Subset from whom Plaintiffs' counsel obtains declarations.  Plaintiffs' counsel

10  will advise defense counsel by July 3, 2012 of any such declarations obtain from those in the

11  subset;

12    The Parties agree and stipulate that declarations obtained from those in the Subset by

13  Shared Services management may only be used to oppose class certification if Plaintiffs counsel

14  has also obtained declarations from those same individuals in the subset;

15    The Parties agree and stipulate that Plaintiffs will withdraw their motion for a temporary

16  restraining order;

17    The Parties agree and stipulate that Shared Services can utilize declarations obtained by

18  defense counsel for all purposes and the declarations obtained by Shared Services management to

19  the extent agreed to above; and

20    The Parties further agree and stipulate that Shared Services' motion for summary judgment

21  or partial summary judgment and Plaintiffs' motion for class certification and will be filed and

22  heard in accordance with the following schedule:

23    A.    Initial motion filing: July 17, 2012

24    B.    Filing of oppositions: August 7, 2012

25    C.    Filing of reply: August 21, 2012

26    D.    Hearing: September 20, 2012 at 2 p.m.

27    IT IS SO STIPULATED.

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE

864500.2

1  Dated: April 16, 2012          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

2                                 By: /s/ Diana M. Estrada

3                                      David S. Eisen
                                       Diana M. Estrada
                                       Attorneys for Defendants
4                                      R+L Carriers, Inc. and
                                       R+L Carriers Shared Services, LLC
5

6  Dated: April 16, 2012          LAW OFFICES OF THOMAS W. FALVEY

7                                 By: /s/ J.D. Henderson

8                                      Thomas W. Falvey
                                       J.D. Henderson
9                                      Attorneys for Plaintiffs Robert Mendex, Randy J. Martinez,
                                       Anthony A. Harang, Kevin Johnson, Sr., and on behalf of all
10                                     others similarly situated and the general public

11 Dated: April 16, 2012          ALEXANDER KRAKOW + GLICK LLP

12                                By: /s/ Michael S. Morrison
                                       Martin E. Krakow
13                                     Michael S. Morrison
                                       Attorneys for Plaintiffs Robert Mendex, Randy J. Martinez,
14                                     Anthony A. Harang, Kevin Johnson, Sr., and on behalf of all
                                       others similarly situated and the general public

15

16

17                              **** ORDER ****

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.

19
   Dated:      4/17/2012
20
                                       United States District Judge
21

22

23

24

25

26

27

28

4

864500.2