|  |  |
|---|---|
| ROBERT MENDEZ, an individual; RANDY J. MARTINEZ, an individual; ANTHONY A. HARANG, an individual; KEVIN JOHNSON, SR., an individual, on behalf of all others similarly situated and the general public,<br><br>        Plaintiffs,<br><br>  v.<br><br>R+L CARRIERS, INC., a Corporation, R+L CARRIERS SHARED SERVICES, LLC, a Corporation, and DOES 1 through 10,<br><br>        Defendants. | No. C 11-2478 CW<br><br>ORDER REGARDING BRIEFING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, Docket No. 56, and PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, Docket No. 57. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

On July 17, 2012, Defendants R+L Carriers, Inc. and R+L Carriers Shared Services, LLC, moved for partial summary judgment, Docket No. 56, and Plaintiffs Robert Mendez, Randy Martinez, Anthony Harang and Kevin Johnson, Sr., Docket No. 57, moved for class certification. On or before July 31, 2012, Plaintiffs shall respond to Defendants' motion for partial summary judgment in a brief not to exceed twenty-five pages. On or before August 14, 2012, Defendants shall submit a brief, not to exceed forty pages, responding to Plaintiffs' motion for class certification and

replying, if they wish, in support of their motion for partial summary judgment. On or before August 21, 2012, Plaintiffs may submit a brief not to exceed fifteen pages, replying in support of their motion for class certification. No other briefs shall be filed.

IT IS SO ORDERED.

Dated: 7/18/2012

CLAUDIA WILKEN
United States District Judge