IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENDEZ, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>R+L CARRIERS, INC.; R&L CARRIERS SHARED SERVICES, LLC, et al.,<br><br>      Defendants.<br>_____/ | No. C 11-2478 CW<br><br>ORDER REGARDING REQUEST FOR CASE MANAGEMENT CONFERENCE (Docket No. 71) |

On January 24, 2013, Plaintiffs Robert Mendez and Randy Martinez requested a case management conference to clarify the scope of the November 19, 2012 order granting in part and denying in part their motion for class certification.  In that order, the Court certified a class of all truck drivers employed by Defendants, R+L Carriers, Inc. and R+L Carriers Shared Services, LLC, between May 2007 and May 2011.  See Docket No. 67, at 41.  In their motion for class certification, however, Plaintiffs sought to certify a class of truck drivers who were employed by Defendants between May 2007 and the present.

Because the class certification order appears to impose an erroneous limitation on the class period, the Court is inclined to amend the order to expand the class to include drivers employed by Defendants after May 2011.  Before it does so, however, Defendants may file a response to Plaintiffs' request for a case management conference to articulate any reasons why they believe the class certification order should not be amended.  Defendants' response must be filed within one week of the date of this order and must not exceed three pages in length.

Plaintiffs, in their request for a case management conference, also sought to clarify whether the Court has approved the proposed notice to class members that they submitted with their motion for class certification.  The Court has not approved the notice.  Plaintiffs should try to reach an agreement with Defendants regarding the wording and timing of the proposed notice.  They may submit a new notice in advance of the hearing set for March 7, 2013 on Defendants' motion for certification of interlocutory appeal.  The Court will address the proposed notice and any other scheduling matters at that hearing.

IT IS SO ORDERED.

Dated: 1/28/2013

CLAUDIA WILKEN
United States District Judge