David S. Eisen (SBN 100623)
Diana M. Estrada (SBN 212702)
Gregory K. Lee (SBN 220354)
Robert Cooper (SBN 209641)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone:    (213) 443-5100
Facsimile:    (213) 443-5101
Email:        david.eisen@wilsonelser.com
              diana.estrada@wilsonelser.com
              gregory.lee@wilsonelser.com
              robert.cooper@wilsonelser.com

Attorneys for Defendants R+L Carriers, Inc. and
R+L Carriers Shared Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENDEZ, an individual, RANDY J. MARTINEZ, an individual, ANTHONY A. HARANG, an individual, KEVIN JOHNSON, SR., an individual on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>R&L CARRIERS, INC., a Corporation, R&L CARRIERS SHARED SERVICES, LLC, a Corporation, and DOES 1-10,<br><br>Defendants. | Case No.:      CV 11-02478-CW<br>Action Filed:  May 20, 2011<br>Judge:         Hon. Claudia Wilken<br><br>**STIPULATION OF PARTIES TO CONTINUE THE MARCH 7, 2013 HEARING ON DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND CASE MANAGEMENT CONFERENCE TO MARCH 14, 2013 AND [~~PROPOSED~~] ORDER**<br><br>Courtroom:     2<br>Hearing Date:  March 7, 2013<br>Hearing Time:  2:00 p.m. |

---

STIPULATION OF PARTIES TO CONTINUE THE MARCH 7, 2013 HEARING ON DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND CASE MANAGEMENT CONFERENCE TO MARCH 14, 2013 AND [~~PROPOSED~~] ORDER

1759695.1

WHEREAS the Motion for Certification of Interlocutory Appeal of Defendants R+L Carriers, Inc. and R+L Carriers Shared Services, LLC and a Case Management Conference are both scheduled to take place on March 7, 2013, at 2:00 p.m.; and

WHEREAS a scheduling conflict has arisen with regard to the March 7, 2013 date;

IT IS HEREBY STIPULATED BY THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD THAT that the Motion hearing and Case Management Conference date be continued to March 14, 2013, at 2:00 p.m.

IT IS SO STIPULATED

DATED: February 4, 2013         WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP


                                By: */s/ David S. Eisen*
                                    David S. Eisen
                                    Diana M. Estrada
                                    Attorneys for Defendants
                                    R+L CARRIERS SHARED SERVICES, LLC and
                                    R+L CARRIERS, INC.

DATED: February 4, 2013         ALEXANDER KRAKOW + GLICK LLP
                                LAW OFFICES OF THOMAS W. FALVEY


                                By: */s/ J.D. Henderson*
                                    J.D. Henderson
                                    Michael Morrison
                                    Attorneys for Plaintiffs
                                    Robert Mendez
                                    Randy Martinez

1

STIPULATION OF PARTIES TO CONTINUE THE MARCH 7, 2013 HEARING ON DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND CASE MANAGEMENT CONFERENCE TO MARCH 14, 2013 AND [PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Having reviewed the Joint Stipulation to continue the hearing on Defendants' Motion for Certification of Interlocutory Appeal and the Case Management Conference, which are currently both scheduled for March 7, 2013, at 2:00 p.m., the Court HEREBY ORDERS AS FOLLOWS:

The hearing on Defendants' Motion for Certification of Interlocutory Appeal and the Case Management Conference are both continued to March 14, 2013, at 2:00 p.m.

IT IS SO ORDERED

DATE:  2/5/2013

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA