1  David S. Eisen (SBN 100623)
   Diana M. Estrada (SBN 212702)
2  Gregory K. Lee (SBN 220354)
   Robert Cooper (SBN 209641)
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  555 Flower Street, Suite 2900
   Los Angeles, California 90071-2407
5  Telephone:    (213) 443-5100
   Facsimile:    (213) 443-5101
6  Email:        david.eisen@wilsonelser.com
                 diana.estrada@wilsonelser.com
7                gregory.lee@wilsonelser.com
                 robert.cooper@wilsonelser.com
8
   Attorneys for Defendants R+L Carriers, Inc. and
9  R+L Carriers Shared Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENDEZ, an individual, RANDY J. MARTINEZ, an individual, ANTHONY A. HARANG, an individual, KEVIN JOHNSON, SR., an individual on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>R&L CARRIERS, INC., a Corporation, R&L CARRIERS SHARED SERVICES, LLC, a Corporation, and DOES 1-10,<br><br>Defendants. | Case No.:      CV 11-02478-CW<br>Action Filed:  May 20, 2011<br>Judge:         Hon. Claudia Wilken<br><br>**STIPULATION OF PARTIES TO CONTINUE THE MARCH 7, 2013 HEARING ON DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND CASE MANAGEMENT CONFERENCE TO MARCH 14, 2013 AND [~~PROPOSED~~] ORDER**<br><br>Courtroom:     2<br>Hearing Date:  March 7, 2013<br>Hearing Time:  2:00 p.m. |

---

STIPULATION OF PARTIES TO CONTINUE THE MARCH 7, 2013 HEARING ON DEFENDANTS' MOTION FOR
CERTIFICATION OF INTERLOCUTORY APPEAL AND CASE MANAGEMENT CONFERENCE TO MARCH 14, 2013
AND [~~PROPOSED~~] ORDER

1759695.1

WHEREAS the Motion for Certification of Interlocutory Appeal of Defendants R+L Carriers, Inc. and R+L Carriers Shared Services, LLC and a Case Management Conference are both scheduled to take place on March 7, 2013, at 2:00 p.m.; and

WHEREAS a scheduling conflict has arisen with regard to the March 7, 2013 date;

IT IS HEREBY STIPULATED BY THE PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD THAT that the Motion hearing and Case Management Conference date be continued to March 14, 2013, at 2:00 p.m.

IT IS SO STIPULATED

DATED: February 4, 2013            WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP


                                                    By: /s/ David S. Eisen
                                                            David S. Eisen
                                                            Diana M. Estrada
                                                            Attorneys for Defendants
                                                            R+L CARRIERS SHARED SERVICES, LLC and
                                                            R+L CARRIERS, INC.

DATED: February 4, 2013            ALEXANDER KRAKOW + GLICK LLP
                                                    LAW OFFICES OF THOMAS W. FALVEY


                                                    By: /s/ J.D. Henderson
                                                            J.D. Henderson
                                                            Michael Morrison
                                                            Attorneys for Plaintiffs
                                                            Robert Mendez
                                                            Randy Martinez

[~~PROPOSED~~] ORDER

Having reviewed the Joint Stipulation to continue the hearing on Defendants' Motion for Certification of Interlocutory Appeal and the Case Management Conference, which are currently both scheduled for March 7, 2013, at 2:00 p.m., the Court HEREBY ORDERS AS FOLLOWS:

The hearing on Defendants' Motion for Certification of Interlocutory Appeal and the Case Management Conference are both continued to March 14, 2013, at 2:00 p.m.

IT IS SO ORDERED

DATE:  2/5/2013

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA