IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MENDEZ, et al.,                  No. C 11-2478 CW

    Plaintiffs,                  ORDER CORRECTING
                                            CLASS DEFINITION

   v.

R+L CARRIERS, INC.; R&L CARRIERS
SHARED SERVICES, LLC, et al.,

    Defendants.
_____/

On January 28, 2013, the Court offered Defendants an opportunity to respond to a proposed amendment to the class definition set forth in the November 19, 2012 class certification order.  Docket No. 72.  Defendants did not respond.  Accordingly, the Court hereby amends the certified class to include all truck drivers employed by Defendants between May 2007 and <u>the present</u>.  The class is not limited to drivers who were employed before May 2011, as previously stated.

    IT IS SO ORDERED.

Dated: 3/13/2013

                                           CLAUDIA WILKEN
                                           United States District Judge