IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT MENDEZ, et al.,

        Plaintiffs,

    v.

R+L CARRIERS, INC.; R&L CARRIERS SHARED SERVICES, LLC, et al.,

        Defendants.

No. C 11-2478 CW

ORDER CORRECTING CLASS DEFINITION

On January 28, 2013, the Court offered Defendants an opportunity to respond to a proposed amendment to the class definition set forth in the November 19, 2012 class certification order. Docket No. 72. Defendants did not respond. Accordingly, the Court hereby amends the certified class to include all truck drivers employed by Defendants between May 2007 and <u>the present</u>. The class is not limited to drivers who were employed before May 2011, as previously stated.

    IT IS SO ORDERED.

Dated: 3/13/2013

CLAUDIA WILKEN
United States District Judge