**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MENDEZ, an individual, RANDY J. MARTINEZ, an individual, ANTHONY A. HARANG, an individual, KEVIN JOHNSON, SR., an individual on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>R+L CARRIERS, Inc., a Corporation, R&L CARRIERS SHARED SERVICES, LLC, a Corporation, and DOES 1-10,<br><br>Defendants. | Case No. CV 11-02478 CW<br><br>Assigned to the Hon. Claudia Wilken<br>Courtroom 2<br>Filed: May 20, 2011<br><br>**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, SETTING OF A FINAL APPROVAL HEARING AND APPROVAL OF NOTICE TO THE CLASS** |

---

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1

The Court, having fully reviewed the Class Representatives' Motion for Preliminary Approval of Class Action Settlement and all supporting documents HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

1. The Court finds, on a preliminary basis, that the Final Settlement Agreement appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court; the Court notes that Defendants R+L CARRIERS, Inc. and R&L CARRIERS SHARED SERVICES, LLC have agreed to pay the entire Settlement Amount of $9,500,000, plus the employer's share of payroll taxes, to the Class Members, Class Representatives, Class Counsel, the Claims Administrator, and the State of California Labor Workforce and Development Agency, in full satisfaction of the claims as more specifically described in the Final Settlement Agreement;

///

///

It further appears to the Court, on a preliminary basis, that the settlement is fair and reasonable to Class Members when balanced against the probable outcome of further litigation, liability and damages issues, and potential appeals of rulings. It further appears that significant formal and informal discovery, investigation, research, and litigation has been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions. It further appears that settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation. It also appears that the proposed Settlement has been reached as the result of intensive, informed and non-collusive negotiations between the Parties;

ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR ORDER OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

IS HEREBY GRANTED.

2. The Court finds that the Notice of Proposed Class Action Settlement and Exclusion Form fully advises Class Members of the proposed settlement, of preliminary Court approval of the proposed Settlement, exclusion timing and procedures, dispute resolution procedures, and of the Final Approval Hearing. These documents fairly and adequately advise Class Members of the terms of the proposed Settlement and the benefits available to Class Members thereunder, as well as their right to exclude themselves from the Class and procedures for doing so, and of the Final Approval Hearing and the right of Class Members to file documentation in objection and to appear in connection with said hearing; the Court further finds that said Notice clearly comports with all constitutional requirements including those of due process;

///

///

ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY APPROVES THE PROPOSED NOTICE OF PROPOSED CLASS ACTION SETTLEMENT;

3. The mailing to the present and last known addresses of the Class Members constitutes an effective method of notifying Class Members of their rights with respect to the Settlement; ACCORDINGLY, IT IS HEREBY ORDERED as follows:

(a) On or before December 27, 2013 Defendants shall forward to the appointed Claims Administrator, Rust Consulting, Inc., a database (in an electronic spreadsheet format) of all Class Members, including the names, last known addresses, telephone numbers, dates of employment, social security numbers, and

respective total weeks worked during the Class Period (May 20, 2007 through December 23, 2013;

  (b) On or before January 2, 2014, the Claims Administrator, Rust Consulting, Inc., shall mail to each member of the Settlement Class, by first class, postage pre-paid, the Notice of Class Action Settlement, Exclusion Form, and a postage-paid envelope addressed to the Claims Administrator.  All mailings shall be made to the present and/or last known mailing address of the Class Members based on Defendants' records, as well as addresses that may be located by the Claims Administrator, who will conduct standard address searches in cases of returned mail.  The Court finds that the mailing of notices to Class Members as set forth in this paragraph is the best means practicable by which to reach Class Members and is reasonable and adequate pursuant to all constitutional and statutory requirements including all due process requirements;

  (c) On or before January 16, 2014, Defendants will provide confirmation that they have provided notice to all appropriate Federal and State officials pursuant to 28 U.S.C. § 1715.

4. IT IS FURTHER ORDERED that all:

  (a) Requests for Exclusion must be mailed to the Claims Administrator, postmarked on or before February 3, 2014, excepting Class Members who had Notice Packets remailed, who shall have until February 18, 2014;

  (b) Objections must be filed with the Court as described in the Class Notice and also served on Class Counsel and on Defense Counsel on or before February 3, 2014, excepting Class Members who had Notice Packets remailed, who shall have until February 18, 2014;

5.    IT IS FURTHER ORDERED that the Final Approval Hearing shall be held before the undersigned at 2:00 p.m. on March 6, 2014; at the above-entitled court located at 1301 Clay Street, Oakland, California, 94612 to consider the fairness, adequacy and reasonableness of the proposed Settlement preliminarily approved by this Order of Preliminary Approval, and to consider the application of Class Counsel for an award of reasonable attorneys' fees, litigation expenses, Class Representative Service Payments, and for costs of claims administration incurred;

6.    IT IS FURTHER ORDERED that the motion for final approval of the Settlement shall be served and filed with the Court on or before February 6, 2014; the motion for attorneys' fees and costs shall be filed on or before January 10, 2014.

7.    IT IS FURTHER ORDERED that pending final determination of whether this proposed Settlement should be granted final approval, no Class Member, either directly or representatively, or in any other capacity, shall commence or prosecute any action or proceeding asserting any of the Class Members' Released Claims, as defined in the Settlement Agreement, against Defendants in any court or tribunal;

8.    IT IS FURTHER ORDERED that any party to this case, including Class Members, may appear at the Final Approval Hearing in person or by counsel, and may be heard to the extent allowed by the Court, in support of or in opposition to, the Court's determination of the good faith, fairness, reasonableness and adequacy of the proposed Settlement, the requested attorneys' fees and litigation expenses, and any Order of Final Approval and Judgment regarding such Settlement, fees and expenses; provided, however, that no person, except Class Counsel and counsel for Defendants, shall be heard in opposition to such matters unless such

1  person has complied with the conditions set forth in the amended Notice of
2  Proposed Class Action Settlement which conditions are incorporated therein;

4  9.     IT IS FURTHER ORDERED that in the event of the occurrence of the
5  Effective Date, as defined in the Settlement Agreement, all Class Members, except
6  those who have requested exclusion from the settlement, and their successors shall
7  conclusively be deemed to have given full releases of any and all Released Claims
8  as defined in the Settlement Agreement against Defendants, their former and
9  present parents, subsidiaries, affiliated corporations and entities, and each of their
10 respective officers, officials, directors, employees, partners, shareholders and
11 agents, any other successors, assigns or legal representatives ("Released Parties")
12 and all such Class Members and their successors shall be permanently enjoined and
13 forever barred from asserting any Released Claims against any Released Parties as
14 described by the Settlement Agreement;

16 10.    IT IS FURTHER ORDERED that if, for any reason, the Court does not
17 execute and file an Order of Final Approval, or if the Effective Date does not occur
18 for any reason whatsoever, the proposed Settlement Agreement and the proposed
19 Settlement subject of this Order and all evidence and proceedings had in
20 connection therewith, shall be without prejudice to the status quo ante rights of the
21 parties to the litigation as more specifically set forth in the Settlement Agreement.

23 11.    IT IS FURTHER ORDERED that, pending further order of this Court, all
24 proceedings in this matter except those contemplated herein and in the Settlement
25 Agreement are stayed.

28 12.    IT IS FURTHER ORDERED THAT the parties shall make the following

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

changes to the Notice of Proposed Class Action Settlement before issuing the Notice to class members:

(a)  On the first page of the Notice, change the clause "and there could be a trial which the drivers might win more money" to "and there could be a trial in which case the drivers might win more money."

(b) On the second page of the Notice, change the date of the conclusion of the class period from "December 19, 2013" to "December 23, 2013."

13.   Based on the parties' representations at the preliminary approval hearing, the parties are directed to use the same skip-tracing procedures that they agreed to use to remail undelivered Class Notices in order to remail any undelivered settlement checks.

The Court expressly reserves the right to adjourn or continue the Final Approval Hearing from time-to-time without further notice to the Class Members.

IT IS SO ORDERED.

Dated: December 23, 2013

Hon. Claudia Wilken
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA