UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROBERT MENDEZ and RANDY J. MARTINEZ, as class representatives on behalf of themselves and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>R+L CARRIERS, Inc., a Corporation, R&L CARRIERS SHARED SERVICES, LLC, a Corporation, and DOES 1-10,<br><br>Defendants. | Case No. CV 11-02478 CW<br><br>Assigned to the Hon. Claudia Wilken<br><br>Filed: May 20, 2011<br><br>**[PROPOSED] ORDER RE: MOTION FOR ATTORNEYS' FEES, COSTS, CLAIMS ADMINISTRATION EXPENSES, AND INCENTIVE/SERVICE AWARD TO THE CLASS REPRESENTATIVE**<br><br>Date: March 6, 2014<br>Time: 2:00 pm<br>Courtroom: 2 |

0

The matter was heard by the Court in the above captioned case on March 6, 2014 at 2:00 pm, in Courtroom 2, the United States District Court for the Northern District of California, before the Hon. Claudia Wilken, pursuant to the Motion for Award of Attorneys' Fees, Costs, Claims Administration Expenses, and Incentive/Service Awards for the Representative Plaintiffs.

Having considered the documents filed by the Parties in connection with the class action settlement, the oral arguments of counsel, all other pleadings and records on file in this matter as well as the comments and materials received from the Parties interested in the settlement, the Court rules as follows:

1. The Court finds that Class Counsel has conferred a substantial benefit on behalf of all Class Members, including absent Class Members. Having expended significant efforts to secure a benefit to the Class, Class Counsel is entitled to a fee and accordingly, the Court approves the Application of Class Counsel – Alexander Krakow+ Glick LLP and The Law Offices of Thomas W. Falvey – for $2,660,000 for their attorneys' fees and $70,453.30 for their litigation expenses.

2. The Court further approves the Service Payments to Class Representatives in the amount of $7,500 to Robert Mendez and $5,000 to Randy Martinez for the initiation of this action, the substantial benefit conferred upon the Class, and the risks taken by stepping forward and prosecuting this action.

3. The Court also hereby approves payment of the fees and costs of the appointed claims administrator, Rust Consulting, Inc., of up to $12,000 for services rendered and to be rendered in connection with the administration of this Settlement.

4. The Court approves and directs Rust Consulting, Inc., within thirty (30) days of the Settlement Effective Date (as defined Settlement Agreement and Joint Stipulation,

1

[Proposed] Order re: Motion for Attorneys' Fees, Costs, Claims Administrative Expenses, and Incentive Awards
Case No. CV 11-02478 CW

previously filed with the Court and filed contemporaneously herewith), to disburse to those persons and entities referenced below, in the manner set forth, the following sums:

    a.    Class Representative Enhancement Award of $7,500 to Robert Mendez and $5,000 to Randy Martinez;

    b.    Attorneys' fees for in the amount of $2,660,000, to Alexander Krakow+ Glick LLP and The Law Offices of Thomas W. Falvey, by wire transfer;

    c.    Litigation costs for Alexander Krakow+ Glick LLP and The Law Offices of Thomas W. Falvery in the amount of $70,453.30, by wire transfer;

    d.    Rust Consulting, Inc., the Claims Administrator, payment of its fees and costs up to $12,000 for duties rendered in connection with the administration of this Settlement and future duties;

5.    Any separate appeal from the portion of the Judgment regarding the attorneys' fees and litigation costs awards and the Class Representative enhancements shall not operate to terminate or cancel the Settlement Agreement.

///
///
///
///
///
///
///
///

6. The Court retains jurisdiction over the administration and effectuation of the Settlement including, but not limited to, the ultimate disbursal to the participating Class Members, payment of attorneys' fees and costs, the service awards to the Class Representatives, and the claims administration expenses and other issues related to this Settlement.

The caption of this case has been amended to reflect the dismissal of certain parties.

**IT IS SO ORDERED.**

Dated: __3/10/2014__

_____
Hon. Claudia Wilken
District Court Judge for the
United States District Court
Northern District of California